UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

CWPTN, INC., and
NATIONAL SERVICES GROUP, INC.,

    Plaintiffs,

v.

CENTURY SURETY COMPANY;
NATIONAL INDEMNITY COMPANY OF THE
SOUTH; AMY CALHOUN, Individually and as
Natural Parent and Next Friend of ALEXIS WHITE;
NINA RHEA; PETER and SHIRRAL RHEA,
Individually and as Natural Parents and Next Friends
of Minors PETER JOHN RHEA, JR., EMILY RHEA,
ASHLEY RHEA, and EVA RHEA; and TARESSIA
RHEA SIMPSON, Individually and as Natural Parent and
Next Friend of Minors AARON SIMPSON and
CATHERINE SIMPSON,

    Defendants.

No. 05-2297-Ma V
JURY DEMANDED

### ORDER EXTENDING TIME WITHIN WHICH DEFENDANT, CENTURY SURETY COMPANY, MUST RESPOND TO PLAINTIFFS' COMPLAINT

It appearing to this Court that Defendant, Century Surety Company ("Century"), should be afforded an additional twenty (20) days within which to plead or otherwise respond to Plaintiffs' Complaint, up to and including May 19, 2005.

It is, therefore, ORDERED, that the time within which Century must plead or otherwise respond to Plaintiffs' Complaint be, and the same hereby is, extended for twenty (20) days, up to and including May 19, 2005.

It is so ORDERED this 2nd day of May, 2005.

    Duane K. Visono
    UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02297 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Alicia Yvonne Cox
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT