FILED BY /PMb D.C.

05 SEP 22 AM 11:56

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

CWPTN, INC., and
NATIONAL SERVICES GROUP, INC.,

    Plaintiffs,

v.

CENTURY SURETY COMPANY;
NATIONAL INDEMNITY COMPANY OF THE
SOUTH; AMY CALHOUN, Individually and as
Natural Parent and Next Friend of ALEXIS WHITE;
NINA RHEA; PETER and SHIRRAL RHEA,
Individually and as Natural Parents and Next Friends
of Minors PETER JOHN RHEA, JR., EMILY RHEA,
ASHLEY RHEA, and EVA RHEA; and TARESSIA
RHEA SIMPSON, Individually and as Natural Parent and
Next Friend of Minors AARON SIMPSON and
CATHERINE SIMPSON,

    Defendants.

No. 05-2297-Ma V
**JURY DEMANDED**

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on Thursday, September 22, 2005. Present were Brett A. Hughes, counsel for Plaintiffs CWPTN, Inc. and National Services Group; Alicia Y. Cox, counsel for Defendants, Century Surety Company; John D. Richardson, counsel for Defendant National Indemnity Company of the South; and Jerome Teel, counsel for Defendants Peter and Shirral Rhea, Individually and as Natural Parents and Next Friends of Minors Peter John Rhea, Jr. Emily Rhea, Ashley Rhea, and Eva Rhea. At the conference, the following dates were established as the final dates for:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05



INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  14 days after the Rule 16(b) Conference, or on or before: October 6, 2005.

JOINING PARTIES:                             November 21, 2005

AMENDED PLEADINGS:                    December 5, 2005

INITIAL MOTIONS TO DISMISS:        December 19, 2005

COMPLETING ALL DISCOVERY:        March 21, 2006

    (a) DOCUMENT PRODUCTION: January 16, 2006

    (b) DEPOSITIONS, INTERROGATORIES, and REQUESTS FOR ADMISSIONS: March 21, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFFS' RULE 26 EXPERT INFORMATION: January 20, 2006;

        (2) DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION: February 21, 2006

        (3) EXPERT WITNESS DEPOSITIONS: March 21, 2006

FILING DISPOSITIVE MOTIONS: April 21, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury/~~non-jury~~ trial, and the trial is expected to last five day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties have not yet make a determination regarding whether this case is appropriate for ADR. The parties will notify the Court of the appropriateness of ADR at the conclusion of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: September 22, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02297 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Alicia Yvonne Cox
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

C. Jerome Teel
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Honorable Samuel Mays
US DISTRICT COURT