FILED BY _____ D.C.

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

05 NOV -7 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CWPTN, INC., and
NATIONAL SERVICES GROUP, INC.,

    Plaintiffs,

v.

No. <u>05-2297-Ma V</u>
JURY DEMANDED

CENTURY SURETY COMPANY;
NATIONAL INDEMNITY COMPANY OF THE
SOUTH; AMY CALHOUN, Individually and as
Natural Parent and Next Friend of ALEXIS WHITE;
NINA RHEA; PETER and SHIRRAL RHEA,
Individually and as Natural Parents and Next Friends
of Minors PETER JOHN RHEA, JR., EMILY RHEA,
ASHLEY RHEA, and EVA RHEA; and TARESSIA
RHEA SIMPSON, Individually and as Natural Parent and
Next Friend of Minors AARON SIMPSON and
CATHERINE SIMPSON,

    Defendants.

---

### ORDER EXTENDING TIME WITHIN WHICH DEFENDANT, CENTURY SURETY COMPANY, MUST ANSWER, OBJECT, OR OTHERWISE RESPOND TO DISCOVERY

---

It appearing to this Court that Defendant, Century Surety Company ("Century"), should be afforded an additional thirty (30) days within which to answer, object, or otherwise respond to National Indemnity Company of the South's First Set of Interrogatories to Defendant Century Surety Company and National Indemnity Company of the South's First Request for Production of Documents Directed to Defendant Century Surety Company, up to and including December 16, 2005.

It is, therefore, ORDERED, that the time within which Century must answer, object, or otherwise respond to National Indemnity Company of the South's First Set of

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on <u>11-9-05</u>

29

Interrogatories to Defendant Century Surety Company and National Indemnity Company of the South's First Request for Production of Documents Directed to Defendant Century Surety Company be, and the same hereby is, extended for thirty (30) days, up to and including December 16, 2005.

It is so ORDERED this 7th day of November, 2005.

Diane K. Vescovo
UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02297 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Alicia Yvonne Cox
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

C. Jerome Teel
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT