UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CWPTN, INC., and
NATIONAL SERVICES GROUP, INC.,
    Plaintiffs,

v.

CENTURY SURETY COMPANY;
NATIONAL INDEMNITY COMPANY OF THE
SOUTH; AMY CALHOUN, Individually and as
Natural Parent and Next Friend of ALEXIS WHITE;
NINA RHEA; PETER and SHIRRAL RHEA,
Individually and as Natural Parents and Next Friends
of Minors PETER JOHN RHEA, JR., EMILY RHEA,
ASHLEY RHEA, and EVA RHEA; and TARESSIA
RHEA SIMPSON, Individually and as Natural Parent and
Next Friend of Minors AARON SIMPSON and
CATHERINE SIMPSON,

    Defendants.

No. 05-2297-Ma V
JURY DEMANDED

---

## CONSENT ORDER FOR REMAND

---

It appears to the Court that the parties have agreed to a remand of the above-styled case. There being no opposition to the Motions for Remand and supporting documents filed on behalf of the parties herein, it is therefore, ORDERED, that the above styled case be remanded to the Circuit Court of Tennessee for the Thirteenth Judicial District at Memphis, Division 2, Docket Number CT-001094-05. It be further ORDERED as agreed by the parties that no costs or fees be assessed against Century Surety Company arising out of its removal of this cause.

It is so ORDERED this **2d** day of **Dec**, 2005.

UNITED STATES ~~MAGISTRATE JUDGE~~
District Judge

APPROVED BY:

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **12-7-05**

32

Ronald L. Harper, #15470
Counsel for Century Surety Company
254  Court Avenue, Second Floor
Memphis, TN 38103
Telephone No.: (901) 527-0214


John D. Richardson, # 6124
Counsel for National Indemnity Co. for the South
119 South Main – Suite 725
Memphis, TN 38103
Telephone No.: (901) 521-1122


C. Jerome Teel, Jr., #16310
Counsel for Peter and Shirral Rhea, et al
P.O. Box 10788
Jackson, TN 38308
Telephone No.: (731) 660-7777


Gregory Mangrum, #12708
Counsel for Amy Calhoun, et al
1025 Oakhaven Road
Memphis, TN 38119
Telephone No.: (901) 763-1060


John G. Montague, # 8062
Counsel for Nina Rhea, et al
5100 Poplar Ave. – Suite 2100
Memphis, TN 38157
Telephone No.: (901) 767-8500

2

James Kirby, # 4708
Brett A. Hughes, #18048
Counsel for Plaintiffs, CWPTN, Inc., et al
One Commerce Square – Suite 2700
Memphis, TN 38103
Telephone No.: (901) 525-1455

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02297 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Teresa Ann Boyd
THE RICHARDSON LAW FIRM
119 South Main
Ste. 725
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Alicia Yvonne Cox
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

C. Jerome Teel
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT